IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| JONAH INVESTMENTS GROUP LLP | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-00036-DC-DF |
| | § | |
| SCOTTSDALE INSURANCE COMPANY | § | |
| *Defendant.* | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jonah Investments Group LLP ("Plaintiff") and Defendant Scottsdale Insurance Company ("Defendant") hereby files this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for business personal property damage.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

-2-

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew A. Woellner (w/ permission PMK)* | */s/ Patrick M. Kemp* |
| Andrew A. Woellner | Patrick M. Kemp |
| Texas Bar No. 24060850 | Texas Bar No. 24043751 |
| andrew@woellnerlaw.com | pkemp@smsm.com |
| Woellner Law Group, PLLC | Robert G. Wall |
| 1717 W. 34th St., Suite 600-186 | Texas Bar No. 24072411 |
| Houston, Texas 77018 | rwall@smsm.com |
| (832) 982-0100 | Segal McCambridge Singer & Mahoney |
| (832) 363-6333 – Facsimile | 100 Congress Avenue, Suite 800 |
| | Austin, Texas 78701 |
| **ATTORNEY FOR PLAINTIFF** | (512) 476-7834 |
| | (512) 476-7832 – Facsimile |
| | |
| | **ATTORNEYS FOR DEFENDANT SCOTTSDALE INSURANCE COMPANY** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this the 2nd day of June, 2025 to:

Andrew A. Woellner
Woellner Law Group, PLLC
1717 W. 34th St., Suite 600-186
Houston, Texas 77018
andrew@woellnerlaw.com

*/s/ Patrick M. Kemp*
Patrick M. Kemp